EDWARD WOODWARD *v.* SAM H. AUYONG, ADMINISTRATOR OF THE ESTATE OF FLORA E. WRIGHT ALSO KNOWN AS FLORA E. WOODWARD, DECEASED, AND WORTH O. AIKEN, DEPUTY TREASURER IN CHARGE OF THE LIQUIDATION OF CHINESE AMERICAN BANK.

No. 2347.

ARGUED SEPTEMBER 22, 1937.    DECIDED SEPTEMBER 25, 1937.

COKE, C. J., BANKS AND PETERS, JJ.

*Per Curiam.* The motion of plaintiff-appellee to dismiss appellant's bill of exceptions herein is denied under the

312

authorities of *Keltz* v. *Cereal & Fruit Products, Limited,* *ante,* p. 242, and *De Mello* v. *Board of Water Supply,* 33 Haw. 133.

*E. J. Botts* for the motion.

*S. Landau* contra.